IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

        **Plaintiff,**

**v.**                                                **Case No. 06-20142-01-JWL**

**Jessie Chavez-Vargas,**

        **Defendant.**

## **MEMORANDUM & ORDER**

This matter is before the court on Mr. Chavez-Vargas's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in which Mr. Chavez-Vargas asks the court to reduce his sentence based on Amendment 782 to the United States Sentencing Guidelines. The motion is granted.

Mr. Chavez-Vargas pleaded guilty to one count of conspiracy to distribute, and possess with the intent to distribute, 500 grams or more of a mixture of methamphetamine. At the sentencing hearing in this case, the court determined that Mr. Chavez-Vargas had a total offense level of 35 and a criminal history category of III. His guideline range, then, was 210-262 months imprisonment. Although the government recommended a low-end sentence of 210 months imprisonment due to its obligation in the plea agreement, the court sentenced Mr. Chavez-Vargas to 262 months imprisonment. Mr. Chavez-Vargas is entitled to a two-level reduction in his total offense level with a resulting amended guideline range of 168-210 months. Despite the fact that the court sentenced Mr. Chavez-Vargas to the high end of the initial guideline range, Mr. Chavez-Vargas now seeks a low-end guideline sentence of 168 months in

light of the government's recommendation at the sentencing hearing as well as Mr. Chavez-Vargas's post-sentencing conduct while incarcerated. The government does not oppose Mr. Chavez-Vargas's request which the court therefore grants.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Chavez-Vargas's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (docs. 178) is **granted** and Mr. Chavez-Vargas's sentence is **reduced from 262 months to 168 months imprisonment**. All other provisions of the judgment dated April 25, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Dated this __4th__ day of March, 2015, at Kansas City, Kansas.

**Effective Date: November 1, 2015**.

  __s/ John W. Lungstrum_____
  John W. Lungstrum
  United States District Judge